JESUS CALVILLO
P.O. Box # 494351
Redding CA 96049
No Cell
jesuscal530@gmail.com

FILED
JUN 28 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

JESUS CALVILLO,

01/08/2012,

                Plaintiffs,

-against-

COUNTY OF SHASTA - HHSA,

ONE SAFE PLACE, dba. Women's Refuge,

                Defendants,

Case No. 2:17 - CV - 1 3 2 3 MCE CMK PS

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Jury Trial:  [X] Yes    [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### I. PARTIES TO THE COMPLAINT

A. THE PLAINTIFF(S)

    1. JESUS CALVILLO, and

       0694, (MINOR CHILD),

       785 Kerryjen Court, #C

       Redding CA 96002

       (530) 744 – 7299

---

COMPLAINT FOR THE VIOLATION OF CIVIL RIGHTS

1

B. THE DEFENDANT(S)

    1. <u>COUNTY OF SHASTA - HHSA</u>

       LOCAL GOV. AGENCY

       1450 Court Street, Suite 308A

       Redding CA, 96001-1680

       (530) 225 - 5561

       Official capacity

    2. <u>ONE SAFE PLACE dba WOMAN'S REFUGE</u>

       CONTRACTED SERVICE PROVIDER / VENDOR

       Physical Address:

         *2250 Benton Drive*

         *Redding CA 96003*

       Mailing Address:

         *PO Box 991060*

         *Redding, CA 96099*

       (530) 244 – 0118

       Official Capacity

## II. JURISDICTION

A. LAW OR STATUTE PROVIDING JURISDICTION:

    42 U.S.C. § 1983 (FEDERAL QUESTION), § 2000a-6

B. SUIT AGAINST:

    Local officials / Local Gov. (§ 1983 claim)

C. FEDERAL, CONSTITUTIONAL VIOLATIONS:

COMPLAINT FOR THE VIOLATION OF CIVIL RIGHTS

42 § 1981 - 1985 - 1986, 42 § 2000a, 42 § 2000a-1, 42 § 2000a-2, 42 § 2000d, 42 § 12102, Civil Code 51, 51.5, 51.7, 52.1, 52.4, ADA,

D. STATE OR LOCAL LAW (UNDER COLOR OF LAW):

MPP 31.020 & 021, MPP 42-711.556, MPP 42 - 713, MPP 42 - 713.21, OTHERS

## III. STATEMENT OF CLAIMS

## [ALL CLAIMS OCCURRED IN SHASTA COUNTY, CITY OF REDDING, CALIFORNIA]

### Preliminary Statement

It is imperative that we are first, with a full and sound understanding that, CalWORKs has, amongst its many other requirements, a "Universal Engagement" requirement. This is key and fundamental to accomplish its true hearts objective. In order to assist and help any assisted unit, move themselves from the awful plight of poverty, to self-sufficiency. It must ensure that participants are able to fully participate in the full array of services. There can be no doubt, in any degree or frame of mind, that this end goal can only be achieved by lifting the spirits and providing a joint effort aimed at the removal and elimination of barriers that hinder and imped one from standing on one's own, and provide their family. Is CalWORKs not about the PRESERVATION OF THE FAMILY UNIT?

### 1st Cause of Action

### "Deliberate Indifference" Denial & Restricting Access to Public Social Services

1. On or around 02/23/17, a letter or Notice of Action (NOA), barred the plaintiff, Jesus Calvillo, from accessing in person services and left him with assessing services via mail, and or via phone. The services required could not and cannot be reasonably accessed in a way that conforms his the rights. As the claimant that has been identified as a prior victim of domestic abuse, the County must meet legally imposed requirements to provide safe, private, and confidential means to access these services. Yet by restricting access and essentially, prohibiting the full and fair access and enjoyment of these services, the CWD is in fact violating his rights. The CWD has in fact, found the claimant to be a

COMPLAINT FOR THE VIOLATION OF CIVIL RIGHTS

past/current victim of abuse, yet it has not fulfilled its continuing duty to mold and shape WTW plans, and the access of supportive services – as is reasonable – to better aid and assist identified individuals access, participate, and aid in the removal of barriers, so that the claimant can access and partake in the full array of the CalWORKs program and services in its entirety. By limiting ones to access services by phone or mail, and to then be told and shown the hardships that this restriction purports on the claimant, and to then do nothing but enforce the hardships without justification. The CWD does then meet the claimant with an action that is not in line with the laws of the State of California, or its federal parent, and thus, the CWD is treating the claimant with *"Deliberate Indifference"* and does so 'under color' of state law.

2. On or around 02/24/2017, I had received a letter that stated in summary, 'Effective Immediately you are no longer able to present at any office that offered Welfare to Work services, and that all business would be conducted by phone and mail.' This was objected to by a phone call to my ETW S. Dambacher, upon receipt of this notice. This exclusion states no reason, gives no rule or policy authorizing such action, and also has no end date. As of current, I have been excluded from the public aid office, benefits, and services since 02/24/17 to the present day of 06/25/2017. This letter was signed by Linda Hoag (Branch Director – CalWORKs.) Linda Hoag had also attempted an exclusion when she was the Program Manager on or around, 11/07/2016. L. Hoag had issued a directive to employee, Savanna Dambacher (Employment & Training Worker – ETW) that "we are not scheduling Jesus for in-person apts." That all business was going to be conducted with Jesus via phone and mail. Linda also added that other supervisors were aware. I disagreed when S. Dambacher had told me this, and questioned why they were attempting to exclude me from the office. It was stated that this exclusion was for my benefit. I clearly stated that I did not agree to S. Dambacher yet I did not escalate the matter. I later called back to refute the exclusion, and it did not last more than a couple of days. [I am on CalWORKs and my child and I are in desperate need of aid and services, and this blacklisting is an insurmountable hindrance to self-sufficiency and I believe that it's a malicious retaliatory measure that's meant to oppress and coerce one to waive my legal rights. Access to the Employment Resource Center, Computer Access, Job Postings, and I've been denied services and benefits approx. 40 times. I went in asking for help with making copies so I could send it to the [Safe At Home] program. My

COMPLAINT FOR THE VIOLATION OF CIVIL RIGHTS

4

Case 2:17-cv-01323-MCE-DMC   Document 1   Filed 06/28/17   Page 5 of 11

child and I are victims of abuse and crime and in seeking aid for further protection, we were denied and sent away. I recorded myself being denied aid, and access on three separate events.]

3. *"Deliberate Indifference" is the conscious or reckless disregard of the consequences of one's acts or omissions. It entails something more than negligence, but is satisfied by something less than acts or omissions for the very purpose of causing harm or with knowledge that harm will result.*

## 2nd Cause of Action

### Threats, Coercion, Oppression, Malice, Supported by "State Action"

4. The CWD called the police and reported in summary, the following: A former recipient was in the lobby refusing to leave (RTL) and has become violent in the past, and he is trespassing. In my usual calm fashion, I peacefully presented at 1400 California St, Redding CA 96001 where I had made request for victim support services (copies of my safe at home verifications), and other services that could not be accessed otherwise, as the CWD had limited me to phone and mail services only. I had made requests and was immediately denied, so I asked for a supervisor or Program Manager, and was again told to leave. I then said, I will sit here until they are able to meet me. Two officers showed up and upon their arrival, Chris Bueler – Program Manager had come out to the lobby area and asked the officers to remove me from the premises. The officer asked what I had done, and Chris Bueler said, Trespassing and he has been informed that he is not allowed here in a letter that he was sent. I asked if he meant Linda Hoag's letter which he stated "yes" so I then requested the rule or policy that justified this. He said we gave you one, and I said I was never provided any explanation. The officer asked if Chris Bueler had my permission to speak to him and disclose the reason. I gave express authority for him to do so and Chris Bueler had stated that I wasn't welcome, that I was not on aid, and that it was an admin appeal issue. With that the officer said in summary, I don't want to arrest you, I know it is hard, but will you collect your things and move on. I asked for the log report number and did just that.

5. I felt threatened for myself, for my ability to safeguard and protect my child, and I felt that I was being denied services and had been blacklisted or banned by this NOA issued by Linda Hoag, and that if I came to that building again they were going to falsely report me again and further defame me.

COMPLAINT FOR THE VIOLATION OF CIVIL RIGHTS

5

6. I feel it was a coercive measure to cause one to drop claims and be without my rights because he stated it was an admin hearing matter. I took it to imply that, you have no business here, so long as you have matters pending at the Hearings division.

7. This denial of services has been oppressive, and it has in fact, hurt my stability and health. The complete denial of aid, services, and support has caused me to loose my home, social supports, and am now riddles with stress, fear, and have been shoved down to the lowest levels of poverty due to these actions. This is miniscule in comparison to the pains of my child. She is who I am presenting for, seeking services for, and she is who I live for. I cannot come to say that this is what CalWORKs is intended to purport. Any decision to the contrary of full program participation and the unfettered access to supportive services and aid, is a direct decision to cause a child to meet pains that a father simply cannot bare to see any longer.

8. The CWD is with malice, when these denial and restrictions are imposed and enforced, because it is done only to leverage my plights against me so I will drop these matters. With each action, I'm asked about this matter and others that are before the CDSS Hearings Division. When I act to dismiss or drop contentions, they provide, and when I do not, they further withhold.

9. *"To do acts like this, is to violate and rip through the interwoven fabrics that stitch together our society, and it is a betrayal to what the American spirit lives to protect and restore. Acts such as these are so heinous, I feel them to be more than an absolute transgression against the aforementioned. These acts can only be seen for what they purport and further – as the Acting Agent that is the destructive decay which plagues the entirety of what all humanity holds onto – And this is HOPE! Is it not what America, and Americans have always held ourselves out to be and do? That we are a worldly force, whose sole aim is to protect and restore Hope to all people, and done so that in turn, all people can safely remain or once again become, Hope Holders! If we are not this, then sadly, we are lost... To hold onto hope, is to be with the ideal that we can again see hope not only be kept alive, but so we can see it survive. To survive means to endure and prosper. This is what I have always believed that being an American meant. To help all those desolate many who haven't anything but hope to hold onto, get rise up from the ashes to again become a Hope Holder themselves."*

*(Jesse J Calvillo) aka (Jesus Calvillo)*

COMPLAINT FOR THE VIOLATION OF CIVIL RIGHTS

### 3rd Cause of Action

### 42 USC 1985 - Conspiracy to Interfere with Civil Rights

10. On or around, 10/20/2016, Linda Hoag and Alyson Kohl, who were program managers for CalWORK's and Behavioral Health Team, had collaborated their efforts, and sought to obtain a disability exemption for me. I did not authorize, allow, have notice, nor did I have a disability. This was sought and ultimately obtained by, denial to services, exclusion from county welfare services, removal of my housing subsidy that caused me to go homeless, and all in all. My life had been made to deteriorate, and fall apart by the unlawful actions these two individuals. In my CalWORK's case, number 2047585, there are many notes, and Journal Entries (JE) that prove this to be the case. I have also recorded 100's of phone conversations, and they were recorded without permission. Done in the belief that the rights that I was deprived and withheld from, outweigh the right to one's privacy whilst depriving. It was based on the right to be free from these abuses, rather than an abusers rights to be free from the penalty of the abuses they enact. The case notes, and the persons who entered them are numerous, and most times the JE note that they do this because of some directive, or because their boss told them to. I have been denied access to the only building where these services are offered some 30 – 40 times. I have been denied over the phone some 40-75 times. I have met denial after denial, and my life has been falling apart because of this directive by these two program managers. My daughter and I went homeless, and she has been subjected to the extreme temp., the streets, and to the crime.

### 4th Cause of Action

### Discrimination (Disability) Breach of Contract, False Promise

11. On or around 10/11/16, Keith Anderson, who was my prior (ETW), had filled out and signed a WTW-10 (Non Partisan - Third Part Assessment) with me, at my demand. I had requested this 3 or 4 times in the prior and only when I printed up the form and demanded it, did he do it. He had come up with a plan that I did not believe was in the best interests of my child and myself. After being threatened & coerced by K. Anderson, Kaylen Speers, & Chris Bueler, I issued a complaint and was told, (if you don't want to do what we're telling you to do, that's fine. You don't have to be on public benefits, and

COMPLAINT FOR THE VIOLATION OF CIVIL RIGHTS

you can cut yourself off anytime.) I felt this to be a "Comply of Fail" threat, so I complained and demanded a new ETW, and a WTW-10 among other things. I signed a WTW-10 with Keith and he listed **Tri Counties Vocation Services** as the provider that was to do the 3rd party assessment. I later found out that Tri counties only provides services to persons with learning disabilities and I feel that it was done as a discriminatory action based on a perceived disability, or, as some kind of joke. From the time of 10/11/16 till present day of 05/08/17, I still have not been afforded a WTW-10 because as it turns out, the county has not performed one ever, and actually had no contract or provider set up to perform this. I have been pushed around, deprived aid and rights, coerced, oppressed, and have been subject to wrongful action after action by the CWD. This is all in an effort to make me drop this WTW-10 and waive my right. Several county employees such as, S. Dambacher, Brian Allen, Faye Lee, Paul Nyberg, and others have stated in the case notes that the County hasn't performed one in over 20 years. I've been terminated from Housing Support, lost my job, been evicted, and now my life is so emergent, that my child is at risk of being taken away because of the malicious and abusive actions sustained. [8 months have gone by and because I won't conform to these abuses, my child and I are now homeless and lack even the most basic of needs.]

## IV. INJURIES

### A. JESUS CALVILLO

Mental Anguish, Extreme Stress, Emotional Distress, Financial Loss, Homelessness, Fear for child & self, loss of rights, Personal Injury (disabled), Unjustifiable Pain & Suffering, others

### B. 01/08/2012 - (Minor Child)

*TO BE ASSESSED*

## V. PRAYER FOR RELIEF

### [REPRESENTATION FOR BOTH PLAINTIFFS DUE TO DISABILITY]

### A. MONETARY

A. Punitive, Exemplary, Compensatory, and Civil Penalties

COMPLAINT FOR THE VIOLATION OF CIVIL RIGHTS

B. Cost of Judgment Entered for Unlawful Detainer

C. Cost of Belongings and Effects Lost due to eviction. Approx. $3,000.00 dollars

D. Cost of Suite and File, including Atty. Fee's

**B. OTHER RELEIFS**

A. Injunctive Relief – Prohibiting type of behavior

B. Declaratory Relief – Statement providing that this behavior is not in line with the rights of all.

C. Corrective – Make any and all corrections to policy and procedure that provided all the full, fair, and equal enjoyment of their rights.

### VI.   JURY DEMAND

Come now before you, the named Plaintiffs, Jesus Calvillo, and 01/08/2012, and state the THAT HERE DEMEAND FOR A JURY TRIAL IS MADE.

*Intentionally Left Blank*

COMPLAINT FOR THE VIOLATION OF CIVIL RIGHTS

9

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: **JESUS CALVILLO**

Date of signing: **06/26/2017**

COMPLAINT FOR THE VIOLATION OF CIVIL RIGHTS

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JESUS Calvillo, 01/08/2012,

**DEFENDANTS**
County of Shasta-HHSA, One Safe Place,

**(b)** County of Residence of First Listed Plaintiff: SHASTA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: SHASTA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 1983
Brief description of cause: Complaint for the Violation of Civil Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ To Be Assessed
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: ___
DOCKET NUMBER: ___

DATE: 06/26/2017
SIGNATURE OF ATTORNEY OF RECORD: [signature] Pro Se

**FOR OFFICE USE ONLY**

RECEIPT # ___   AMOUNT ___   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___