# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CALVILLO, <br> Plaintiff, <br> v. <br> COUNTY OF SHASTA-HHSA, et al., <br> Defendants. | No. 2:17-CV-1323-MCE-DMC <br><br> ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the court is plaintiff's motion for leave to amend (Doc. 5).[1]

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2).

/ / /

---

[1] Plaintiff did not submit a proposed amended complaint with his motion.

1

In this case, plaintiff's complaint requires a responsive pleading and no responsive pleading or motion under Rule 12(b), (e), or (f) has been filed. Leave of court, therefore, is not required and plaintiff's motion will be denied as unnecessary. Plaintiff may file an amended complaint as of right without leave of court. If, however, no amended complaint is filed within 30 days of the date of this order, the action shall proceed on the original complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (Doc. 5) is denied as unnecessary.

Dated: October 24, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE