IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CALVILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SHASTA-HHSA, et al.,<br><br>    Defendants. | No. 2:17-cv-01323-MCE-DMC<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 21, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. ECF No. 9. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 21, 2019 (ECF No. 9), are ADOPTED in full;

///

1

2. This action is DISMISSED without prejudice for lack of prosecution for failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated: April 7, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE